IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Western District of Missouri |
| | ) | Case No. 22-MJ-00098-01-WBG |
| vs. | ) | |
| | ) | Central District of California |
| ERIN SUE BISHOP, | ) | Case No. EDCR17-00260-JGB |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 23, 2022, Defendant Erin Sue Bishop appeared with appointed counsel, Laine Cardarella, on an arrest warrant issued by the United States District Court for the Central District of California related to a petition alleging violations of the terms of supervised release. Defendant knowingly and voluntarily waived an identity and removal hearing and requested that any preliminary revocation hearing and/or detention hearing be conducted in the prosecuting district. The Court remanded Defendant to the custody of the United States Marshal. It is, therefore,

ORDERED that this matter is transferred to the Central District of California for all further proceedings consistent with Fed. R. Crim. P. 32.1(a)(5)(B). A clerk of this district shall promptly transmit the papers and any bail to the charging district. It is further

ORDERED that the United States Marshal for the Western District of Missouri shall transport Defendant, together with a copy of this order, to the Central District of California for all further proceedings. The marshal or officer for the Central District of California should immediately notify the United States attorney and clerk of the court for that district of Defendant's arrival so that further proceedings may be promptly scheduled.

DATE: September 23, 2022  
                                                    */s/ W. Brian Gaddy*  
                                                    W. BRIAN GADDY  
                                                    UNITED STATES MAGISTRATE JUDGE